UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM DOUGLAS KORAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-802** |
| **BP EXPLORATION & PRODUCTION INC., ET AL.** | **SECTION: "J"(2)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the parties' oral and written submissions (Rec. Docs. 4, 7, & 11), the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that the *Motion to Dismiss Plaintiff's Complaint* **(Rec. Doc. 4)** filed by Defendants, BP Exploration & Production Inc. and BP America Production Company, is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's BELO complaint is **STAYED** pending resolution of Plaintiff's challenge to BP's decision to withhold consent, after which a determination may be made as to whether Plaintiff may pursue either a BELO or B3 claim.

**IT IS FURTHER ORDERED** that the parties shall have forty-five (45) days within which to conduct limited discovery directed solely at the issues of (1) Plaintiff's decision to opt-out of the BELO class; (2) Plaintiff's decision to revoke that opt-out; (3) BP's decision to refuse to consent to Plaintiff's request to opt-out; and (4) communication between Plaintiff and the Claims Administrator.

**IT IS FURTHER ORDERED** that after the 45-day discovery period concludes, the parties shall have thirty (30) days within which to file cross-motions for summary judgment on the reasonableness issue.

New Orleans, Louisiana, this 29th day of June, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE