UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM DOUGLAS KORAN | CIVIL ACTION |
| VERSUS | NO. 22-802 |
| BP EXPLORATION & PRODUCTION INC., ET AL. | SECTION: "J"(2) |

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Defendants BP Exploration & Production Inc. and BP American Production Company's Motion to Dismiss based on the failure to substitute a proper party within 90 days of Defendant's Suggestion of Death be **GRANTED**.

New Orleans, Louisiana, this 5th day of October, 2026.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE